UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00357-JRS-DLP |
| | ) | |
| WILLIAM P. BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion to Stay Pending Appeal**

The plaintiff's motion to stay pending appeal merely summarizes the arguments made in

his motion for preliminary injunction, and the same standards apply. For the reasons stated in the

Court's order denying the motion for preliminary injunction, dkt. [16], the plaintiff's motion to stay

pending appeal, dkt. [20], is also **denied**.

**IT IS SO ORDERED.**

 Date: 7/13/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Amy Gershenfeld Donnella
Federal Defender of Maryland
Amy_Donnella@fd.org

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov