**\*\*\*\*THIS IS A CAPITAL CASE\*\*\*\***
**EXECUTION SCHEDULED FOR JULY 13, 2020, 4 P.M. Eastern**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00357-JRS-DLP |

**DOCKETING STATEMENT**

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of

Appeals for the Seventh Circuit, Plaintiff-Appellant Daniel Lewis Lee hereby submits his

Docketing Statement:

(1)　　The jurisdiction of the United States District Court for the Southern District of Indiana in the above-captioned matter is based upon 28 U.S.C. § 1331 because Plaintiff-Appellant seeks relief pursuant to 28 U.S.C. §§ 2201 and 2202, for violation of his rights under 5 U.S.C. § 706(2)(A).

(2)　　The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this matter pursuant to 28 U.S.C. § 1291(a)(1), in that this is an appeal from a final judgment and order from the United States District Court for the Southern District of Indiana in a civil action. Plaintiff-Appellant further provides the following particulars:

　　(i)　　The order sought to be reviewed, and judgment thereon, was entered on July 13, 2020 (Dkt. 16);

　　(ii)　　The Notice of Appeal in this matter was filed on July 13, 2020;

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella
Assistant Federal Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 641-6103
(301) 344-0019 (fax)
Amy_Donnella@fd.org

/s/ John P. Nidiry
John P. Nidiry
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 807-1267
(301) 344-0019 (fax)
John_Nidiry@fd.org

/s/ Elizabeth Brown Luck
Elizabeth Brown Luck
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 456-3072
(301) 344-0019 (fax)
Elizabeth_Luck@fd.org

Dated:  July 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

United States District Court for the Southern District of Indiana using the CM/ECF system on

July 13, 2020. I certify that all the participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella
Assistant Federal Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 641-6103
(301) 344-0019 (fax)
Amy_Donnella@fd.org

/s/ John P. Nidiry
John P. Nidiry
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 807-1267
(301) 344-0019 (fax)
John_Nidiry@fd.org

/s/ Elizabeth Brown Luck
Elizabeth Brown Luck
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 456-3072
(301) 344-0019 (fax)
Elizabeth_Luck@fd.org

Dated:  July 13, 2020