IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| DANIEL LEWIS LEE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY A. ROSEN, et al.<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-2256 |

## NOTICE OF VOLUNTARY DISMISSAL DUE TO MOOTNESS

Plaintiff Daniel Lee was scheduled to be executed on July 13, 2020. Due to the COVID-19 pandemic, his counsel were unable to safely travel to the federal prison at Terre Haute, IN, where he was incarcerated and would be executed, to provide proper representation to him. Mr. Lee filed an action in the United States District Court for the Southern District of Indiana alleging that the defendants violated the Administrative Procedure Act (APA) by scheduling his execution during the COVID-19 pandemic thereby depriving him of the counsel to which he is entitled by law, and also sought a preliminary injunction to enjoin the defendants from carrying out the execution. *See Lee v. Barr et al.*, No. 2:20-cv-00357-JRS-DLP (S.D. IN July 12, 2020), ECF Doc. Nos. 1 & 6.

On July 13, 2020, the district court denied the motion for preliminary

injunction. *Id.*, ECF Doc. No. 16. Mr. Lee immediately filed a notice of appeal, s*ee id.*, ECF Doc. No. 19, and this case was docketed in this Court that same day. *See Lee v. Rosen et al.*, No. 20-2256 (7th Cir. July 13, 2020).

The Defendants executed Mr. Lee on the morning of July 14, 2020. Thus, he cannot pursue this matter. Accordingly, undersigned counsel files this Notice of Voluntary Dismissal Due to Mootness.

Respectfully submitted,

/s/ Amy Gershenfeld Donnella
AMY GERSHENFELD DONNELLA[*]
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt. MD 20770

---

[*] The undersigned has retired from the Federal Capital Habeas Project since this matter was initiated.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

<div style="margin-left:40%">

/s/ Amy Gershenfeld Donnella
AMY GERSHENFELD DONNELLA
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

</div>