# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 22, 2021

*By the Court:*

| | |
|---|---|
| No. 20-2256 | DANIEL LEWIS LEE, Plaintiff - Appellant<br><br>v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00357-JRS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney | |

Upon consideration of the **NOTICE OF VOLUNTARY DISMISSAL DUE TO MOOTNESS**, filed on January 21, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit